UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDMUND PRESCOTT,

                                         Petitioner,

    -against-

UNITED STATES OF AMERICA,

                                         Respondent.
-----------------------------------------------------------------X

JUDGMENT
98-CV- 7045 (ARR)

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 8, 2006, denying petitioner's request for reconsideration; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that judgment is hereby entered denying petitioner's request for reconsideration.

Dated: Brooklyn, New York
         May 09, 2006

                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court